UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXANDER QUINTERO-
CARDENAS,

        Petitioner,

v.                                Case No:  6:18-cv-2162-Orl-40LRH

SECRETARY, DEPARTMENT OF
CORRECTIONS, and ATTORNEY
GENERAL, STATE OF FLORIDA,

        Respondents.
_____/

## ORDER

This cause is before the Court on the Response to Petition ("Response," Doc. 8) filed by Respondents requesting that the Court deny the Petition for Writ of Habeas Corpus ("Petition," Doc. 1). Petitioner is advised out of an abundance of caution that the denial of the Petition at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter.

Accordingly, it is **ORDERED** that Petitioner shall have **NINETY (90) DAYS** from the date of this Order to file a Reply to the Response if he chooses. Thereafter, the Petition, the Response, and the Reply (if filed) will be taken under advisement by the Court, and an order will be entered without further notice. The Court will not address new grounds raised in the Reply. *Oliveiri v. United States*, 717 F. App'x 966, 967 (11th Cir. 2018) (citing *United States v. Evans*, 473 F.3d 1115, 1120 (11th Cir. 2006) ("[A]rguments raised for the

first time in a reply brief are not properly before a reviewing court.")). The Reply shall not exceed twenty pages without leave of Court.

    **DONE** and **ORDERED** in Orlando, Florida on April 15, 2019.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-4 4/15